## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TINA MALAVE, *individually and on behalf of all others similarly situated*;

      Plaintiff,

      v.                                  CASE NO.: 2:18-cv-12903

TRANSWORLD SYSTEMS, INC.
JOHN DOES 1-25

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 17, 2018

| For Plaintiff Tina Malave | For Defendant Transworld Systems, Inc. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks, Esq.<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | */s/ Aaron Raphael Easley*<br>Aaron Raphael Easley<br>Sessions, Fishman, Nathan & Israel, LLC<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>908-237-1660<br>aeasley@sessions.legal |
| | |

2

**CERTIFICATE OF SERVICE**

    I certify that on December 17, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Yaakov Saks*
                                               Yaakov Saks
                                               **Stein Saks, PLLC**
                                               285 Passaic Street
                                               Hackensack, NJ 07601
                                               *Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   12/19/18